# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

130526

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

QUENTIN JOHNSTON,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130526
COA: 254284
Wayne CC: 03-011038-02

_____/

On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether the sentencing guidelines statutes, MCL 777.31(2)(b), 777.32(2) and 777.33(2)(a), which require that offense variables be scored the same for all offenders in multiple offender cases, apply to the scoring of codefendants for different offenses; and (2) whether points scored for one offense should be scored for all offenses in a criminal transaction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

p0712